**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------X

RUBEN DIAZ,
PRADIP SAHA,
RAMENDRA SAHA,
MAXINE SMITH,
JOHNNY RAMIREZ,
MADGY SAAD,
MOZIBUR RAHMAN,
CHRISTOPHER STAVROPOULOS,
ASHIF MIRU,
BISWA SAHA,
SAYOT ALPHONSE,
ALBERTO PRADO,
MAURICE SCHWARTE,
ABELLA BOUALE,
DENZIL HANNAH,
MILAD BARSOUM,

Civil Action No. 24 CV 5930
(MKB) (PK)

**STIPULATION & PROPOSED**
**ORDER**

Plaintiffs,
*on behalf of themselves and all others similarly situated*,

-against-

LOTTE HOTEL NEW YORK PALACE, LLC, d/b/a Lotte Hotel Palace,

Defendant.

------------------------------------------------------X

**STIPULATION REGARDING FLSA CONDITIONAL CERTIFICATION**

**WHEREAS** Plaintiffs have indicated their intent to move for Fair Labor Standards Act ("FLSA")

conditional certification of their overtime wage claims in this matter;

**WHEREAS** the parties wish to resolve Plaintiffs' contemplated application between themselves; and

**WHEREAS** Plaintiffs and Defendant, through their undersigned respective counsel of record, hereby

stipulate, and the Court hereby orders, that:

    1. The First Cause of Action in the *First Amended Collective & Class Action Complaint* shall be

conditionally certified as a collective action pursuant to 29 U.S.C. § 216(b) of the Fair Labor Standards

1

Act ("FLSA"), consisting of: ***all persons who worked in Defendant's in-room dining department at any time since August 24, 2021*** ("FLSA Collective").

2. Plaintiffs' counsel is appointed as counsel for the FLSA Collective.

3. The Court adopts the attached *Notice* and *Consent to Join* forms for use in this case.

4. Within thirty (30) days of the date of this *Order*, Defendant will provide to Plaintiffs' counsel a list in computer-readable form of the (a) full name; (b) last known residential and mailing addresses; (c) last known cellular telephone numbers, if available; (d) last known email addresses, if available; (e) dates of employment; and (f) job titles of each person who falls in the definition set forth in paragraph one (1) of this *Order*. Plaintiffs' counsel will treat this information as confidential.

5. Within thirty (30) days of the date of Plaintiffs' counsel's receipt of the information required pursuant to paragraph three (3) above, Plaintiffs' counsel, or its designee, shall send, by mail, email and text message, a *Notice*, a *Consent to Join* form and a postage pre-paid return envelope ("the notice package") to each member of the FLSA Collective.

6. Any person who wishes to join this lawsuit must properly complete the *Consent to Join* form and mail it to Plaintiffs' counsel on or before the sixtieth (60) day from the date the *Notice* and *Consent to Join* forms were mailed. Any potential opt-in Plaintiff whose *Consent to Join* is postmarked after that date will not be able to participate in this lawsuit, except with Court permission.

7. Plaintiffs' counsel will date-stamp and number each properly completed *Consent to Join* form and accompanying envelope that it receives.

8. If any notice package is returned as undeliverable, Plaintiffs' counsel will notify Defendant's counsel and Defendant's counsel will, within five (5) business days thereafter, disclose the applicable social security number(s) to Plaintiffs' counsel so that Plaintiffs' counsel may attempt to obtain an alternate address for that addressee and mail the notice package to that alternate address.

2

9. During the notice period, the parties and their counsel are prohibited from directly or indirectly soliciting or encouraging any potential opt-in Plaintiffs to join, or to refrain from joining, this lawsuit. Anyone who violates this paragraph of this *Order* will be subject to sanctions.

10. Nothing set forth herein shall be construed as a stipulation by Defendant that Plaintiffs and the individuals to whom the notice packages shall be sent are, in fact, "similarly situated". Nor shall this stipulation be construed as waiving or impairing Defendant's rights to challenge the propriety of proceeding as a collective action at a later stage of this proceeding.

Dated:  Brooklyn, New York

May 20, 2025

_____/s/_____
LAW OFFICE OF DAVID WIMS
BY: David C. Wims, Esq. (DW-6964)
*Attorneys for Plaintiffs*
1430 Pitkin Avenue, 2nd Floor
Brooklyn, NY 11233
(646) 393-9550

_____/s/ John J. Porta_____
JACKSON LEWIS, P.C.
BY: John J. Porta, Esq.
*Attorneys for Defendant*
666 Third Avenue, 29th Floor
New York, NY 10017
(212) 545-4051

**SO ORDERED:**

**Date:**_____

**Signed:**_____
          United States District Judge

3