**JacksonLewis**

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4000 Main
(212) 972-3213 Fax
jacksonlewis.com

June 29, 2026

*Via ECF*

Honorable Seth D. Eichenholtz
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:** ***Diaz, et al., v. Lotte Hotel New York Palace, LLC d/b/a Lotte Hotel Palace***
> **Case No. 1:24-cv-5930(MKB)(SDE)**

Dear Judge Eichenholtz:

We represent Defendant Lotte Hotel New York Palace, LLC d/b/a Lotte Hotel Palace in the above-captioned matter and we write today to respectfully request an extension of time for the parties to file the motion for Preliminary Approval of the Class Settlement.

Defendant respectfully requests an extension of time from June 29, 2026 to July 27, 2026 for the parties to submit the motion for Preliminary Approval of the Class Settlement. The parties have reached agreement on all terms of the Class Settlement Agreement and have exchanged final drafts in preparation for execution. The requisite class data has been collected, and the only remaining step is the completion of the Preliminary Approval motion. The reason for the delay in the request is that Defendant's counsel has been attempting to reach Plaintiffs' counsel for their consent, but has been unable to do so.

This is Defendant's first request for an extension of time, and the third overall request for an extension of time of this deadline. This request for an adjournment will not affect any other scheduled Court appearances or deadlines.

We thank the Court for its attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ John J. Porta*

John J. Porta

cc: All Counsel of Record (via ECF)